THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO RODRIGUEZ, Appellant.

Submitted April 28, 2014; decided May 1, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASAUN SANDERS, Also Known as BOO CRACKS, Appellant.

Submitted April 7, 2014; decided May 1, 2014

Motion for assignment of counsel granted and Mark Diamond, Esq., PO Box 287356, Yorkville Station, New York, NY 10128 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL WILLIAMS, Appellant.

Submitted March 31, 2014; decided May 1, 2014

Motion for assignment of counsel granted and Philip Rothschild Esq., Frank H. Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SIDNEY WISDOM, Respondent.

Submitted March 24, 2014; decided May 1, 2014

Motion for reargument denied [see 21 NY3d 1065 (2013)].